UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THOMAS J. SCHAEPPI,

Plaintiff,

vs.

DODGE INVESTMENT COMPANY, INC.
f/k/a COBBS MANUFACTURING CO.,

Defendants.

---

Civil No. 00-1815 JRT/FLN

**ORDER**

IT IS HEREBY ORDERED THAT Defendant Dodge Investment Company, Inc. f/k/a Cobbs Manufacturing Co. will not be required to file an answer or otherwise respond to Plaintiff's Complaint until on or before September 11, 2000.

Signed this 24th day of August, 2000

U.S. District ~~Court Judge~~ Magistrate Judge

FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________