UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS J. SCHAEPPI,

Plaintiff,

vs.

DODGE INVESTMENT COMPANY, INC.
f/k/a COBBS MANUFACTURING CO.,

Defendants.

Civil No. 00-1815 JRT/F_N

**ORDER**

IT IS HEREBY ORDERED THAT Defendant Dodge Investmer : Company, Inc. f/k/a Cobbs Manufacturing Co. will not be required to file an answer or otherwise respond to Plaintiff's Complaint until on or before October 2, 2000.

Signed this 21st day of Sept, 2000

U.S. ~~District Court~~ Magistrate Judge

FILED SEP 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK