UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

THOMAS J. SCHAEPPI,

Plaintiff,

vs.

DODGE INVESTMENT COMPANY, INC.
f/k/a COBBS MANUFACTURING CO.,

Defendants.

---

Civil No. 00-1815 JRT/FLN

**ORDER**

IT IS HEREBY ORDERED THAT Defendant Dodge Investment Company, Inc. f/k/a Cobbs Manufacturing Co. will not be required to file an answer or otherwise respond to Plaintiff's Complaint until on or before October 16, 2000.

Signed this 23d day of October, 2000

U.S. ~~District Court~~ Judge
MAGISTRATE

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________