**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

THOMAS J. SCHAEPPI, Civil 00-1815 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

DODGE INVESTMETN COMPANY, INC., f/k/a Cobbs Manufacturing Co.,

Defendant.

---

Alan M. Anderson and Sharna A. Wahlgren, LARKIN HOFFMAN DALY & LINDGREN, 7900 Xerxes Avenue South, Suite 1500, Bloomington, MN 55431, for plaintiff.

Steven A. Linder, MEYER & NJUS, 200 Sixth Street South, Suite 1100, Minneapolis, MN 55402,and John S. Pacocha, DICK & HARRIS 181 Madison Street West, Suite 3800, Chicago, IL 60602, for defendant.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Nov 30, 2000
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED NOV 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___________
DEPUTY CLERK___________