UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas J. Schaeppi,

Plaintiff,

v.

Dodge Investment Company, Inc.

Defendant.

Civil No. 00-1815 (JRT/FLN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective undersigned counsel of record, hereby stipulate to the execution and entry of the following Order.

Dated: Feb. 3, 2001.

Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(612) 835-3800

Attorneys for Plaintiff Thomas J. Schaeppi

Dated: ______.

John S. Pacocha
Dick & Harris
181 West Madison Street
Suite 3800
Chicago, Illinois 60602

Attorneys for Defendant Dodge Investment Co., Inc., f/k/a Cobbs Manufacturing Co.

FILED FEB 0 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

Pursuant to the forgoing Stipulation of the parties and Federal Rule of Civil Procedure 41,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and on the merits in its entirety, and without costs to any party.

2-5-2001

Dated: ~~January~~ ____, 200~~0~~1.

John R. Tunheim
United States District Judge

::ODMA\PCDOCS\LIB1\620450\1